IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNY GOODWIN,

      Plaintiff,                         No. CIV S-08-1116 MCE KJM P

    vs.

AGENT MIKE FRENCH, et al.,

      Defendants.              ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        In addition, on May 30, 2008, the court directed plaintiff to submit a request to proceed in forma pauperis or pay the filing fee; plaintiff has not responded to this order.

/////

IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel (docket no. 5) is denied; and

2. Plaintiff must submit an application to proceed in forma pauperis or pay the filing fee within thirty days of the date of this order. Failure to respond to his order will result in a recommendation that the action be dismissed.

DATED: July 18, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
good1116.31