HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNY GOODWIN, | Case No. CIV08-1116RBL |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL FRENCH and PAROLE DEPARTMENT, | |
| Defendants. | |

THIS MATTER comes on before the above-entitled Court sua sponte.

A review of this file indicates that on December 5, 2008 and January 30, 2009 mail addressed to the Plaintiff was returned as undeliverable. Pursuant to L.R. 83-183(b) Plaintiff has an obligation to keep the Court informed of his address, and if within sixty (60) days of mail being returned as undeliverable the Plaintiff has not informed the Court of his current address, the Court may dismiss the action without prejudice for failure to prosecute. Therefore, because Plaintiff has not informed the Court of his current address, this action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2009.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1